# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM S. ACOR, AN INDIVIDUAL AND RESIDENT OF NEVADA,
    Appellant,

vs.

ROGER W. BULLOCH, AN INDIVIDUAL AND RESIDENT OF NEVADA; AND KENNETH M. PRESSBERG, AN INDIVIDUAL AND RESIDENT OF CALIFORNIA,
    Respondents.

No. 78512

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

WILLIAM S. ACOR, AN INDIVIDUAL AND RESIDENT OF NEVADA,
    Appellant,

vs.

SPB VISION, LLC, A NEVADA LIMITED LIABILITY COMPANY; ROGER W. BULLOCH, AN INDIVIDUAL AND RESIDENT OF NEVADA; AND KENNETH M. PRESSBERG, AN INDIVIDUAL AND RESIDENT OF CALIFORNIA,
    Respondents.

No. 78894

WILLIAM S. ACOR, AN INDIVIDUAL AND RESIDENT OF NEVADA,
    Appellant,

vs.

ROGER W. BULLOCH, AN INDIVIDUAL AND RESIDENT OF NEVADA; AND KENNETH M. PRESSBERG, AN INDIVIDUAL AND RESIDENT OF CALIFORNIA,
    Respondents.

No. 79516

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02168

## ORDER DISMISSING APPEALS

These consolidated appeals arise from a judgment and postjudgment orders on attorney fees and costs. Preliminary review of the docketing statements and the documents submitted to this court pursuant to NRAP 3(g) revealed that although each order attached to the notices of entry is signed by the judge, none of the orders bears a district court file stamp and none has been entered on the district court docket. As a result, the orders are ineffective. *See* NRCP 58; *State, Div. Child & Family Servs. v. Dist. Court*, 120 Nev. 445, 92 P.3d 1239 (2004). Accordingly, this court entered an order directing appellant to show cause why the appeals should not be dismissed for lack of jurisdiction.

The parties have filed a joint response to this court's order in which they concede that the orders are not final. In lieu of dismissing the appeals, the parties ask this court to provide the parties 7 days to docket or otherwise file with the district court the three orders that serve the basis of these appeals, 7 days thereafter to complete notice to all parties of the entry of the three orders, and 10 calendar days from notice of entry of the three orders to file amended notices of appeal. Finally, the parties request the briefing schedule be reinstated with appellant having 90 days from the date that appellant files his amended notices of appeal to submit the opening brief.

The parties' requests are denied. This court lacks jurisdiction over the appeals. Until the jurisdictional defect is cured, the district court retains jurisdiction over this matter. *Rust v. Clark Cty, School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Appellant may appeal from entry of a final,

written judgment. NRAP 4(a)(1). This court lacks jurisdiction over these appeals and

ORDERS these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Nancy L. Allf, District Judge
      Thomas J. Tanksley, Settlement Judge
      The Law Offices of Timothy Elson
      Wright Law LLC
      Eighth District Court Clerk

_____

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7.